# Federal Defenders
## OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

---

David Patton
*Executive Director and Attorney-in-Chief*

Deirdre D. von Dornum
*Attorney-in-Charge*

December 27, 2017

**By ECF, Hand and Email**
The Honorable Margo K. Brodie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   **United States v. Keston Lett 17-CR-628 (MKB)**

Your Honor:

As Your Honor is aware, this Court granted Mr. Lett bail on December 15, 2017. The bond was perfected on December 18, 2017 and Mr. Lett was ordered released by Magistrate Judge Steven M. Gold. However, Mr. Lett was not released, he was transferred to ICE custody. The defendant intends to file a motion with this Court to compel his release, or, in the alternative to dismiss the indictment with prejudice. *See United States v. Benzadon Boutin*, 17-CR-590 (DLI) (E.D.N.Y. Dec. 26, 2017); *United States v. Ventura*, No. 17-CR-418 (DLI), 2017 WL 5129012 (E.D.N.Y. Nov. 3, 2017); *United States v. Trujillo-Alvarez*, 900 F. Supp. 2d 1167, 1179 (D. Or. 2012).

The parties have agreed to the following proposed motion schedule for defendant's motion to dismiss the indictment:

Defendant's Motion:      December 28, 2017
Government Response:     January 11, 2017
Defendant's Reply:       January 18, 2017

Respectfully Submitted,

_____/s/_____
Michelle Gelernt
Deputy Attorney-in-Charge
(718) 330-1204

c.c.   AUSA David L. Lizmi