

U.S. Department of Justice

United States Attorney
Eastern District of New York

JD:DJL
F. #2017R01854

271 Cadman Plaza East
Brooklyn, New York 11201

February 2, 2018

By ECF

The Honorable Margo K. Brodie
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re: United States v. Keston Lett
           Criminal Docket No. 17-628 (MKB)

Dear Judge Brodie:

      The government respectfully submits this letter in connection with the above-captioned matter and in accordance with the Court's January 26, 2018 Order. In that Order, the Court required the government to release the defendant from U.S. Immigration and Customs Enforcement ("ICE") custody by 5:00 p.m. today otherwise the Court will dismiss the Indictment against Mr. Lett with prejudice. Based on information provided to the undersigned by officials at the Office of Chief Counsel for ICE and its Enforcement and Removal Operations, ICE will not release Mr. Lett from custody at this time.

      The government respectfully thanks the Court for its time and consideration.

      Respectfully submitted,

      RICHARD P. DONOGHUE
      United States Attorney

By:  /s/ David J. Lizmi
      David J. Lizmi
      Assistant U.S. Attorney
      (718) 254-7010

cc: Michelle Gelernt, Esq. (Counsel for defendant)