# Federal Defenders
## OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

**David Patton**
*Executive Director and Attorney-in-Chief*

**Deirdre D. von Dornum**
*Attorney-in-Charge*

February 7, 2018

**By ECF, Hand and Email**
The Honorable Margo K. Brodie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   <u>United States v. Keston Lett 17-CR-628 (MKB)</u>

Your Honor:

I write to request that Your Honor issue an order dismissing the Indictment with prejudice pursuant to this Court's January 26, 2018 order directing the government to either release Mr. Lett from ICE custody by 5:00pm on February 2, 2018, or the Indictment would be dismissed.

On February 2, 2018, shortly before 5:00pm, the government wrote and informed the Court that ICE did not intend to release Mr. Lett from its custody. As of the date of this letter, over seven weeks after Mr. Lett was order released on bond, he remains in ICE custody. Therefore, I respectfully request that Your Honor dismiss the Indictment with prejudice.

Respectfully Submitted,

/s/
Michelle Gelernt
Deputy Attorney-in-Charge
(718) 330-1204

cc.   AUSA David J. Lizmi
      Isaac Wheeler, Esq.